

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

04-24-00717-CV

### IN RE EWING CONSTRUCTION COMPANY, INC.

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: December 18, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On October 22, 2024, relator filed a petition for writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-18-122, styled *Benavides Independent School District v. Ewing Construction Co., Inc.*, in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.